UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Clara Mae Bowers**
5907 62nd Avenue
Riverdale, Maryland 20737

          Plaintiff,

v.

**DISTRICT OF COLUMBIA**
1350 Pennsylvania Avenue, N.W.
District of Columbia 20004
          defendant

Serve:
**Adrian Fenty, Mayor**
(in his official capacity)
1350 Pennsylvania Avenue, N.W.
District of Columbia 20004

Serve:
**Office of the Attorney General**

441 4th Street, N.W. 6th Floor South
Washington, D.C. 20001

          Defendant.

Civil Action No. _____

## NOTICE OF REMOVAL

Defendant District of Columbia ("District"), by and through undersigned counsel, respectfully presents this Notice of Removal from the Superior Court of the District of Columbia, Civil Division, pursuant to 28 U.S.C. § 1441, *et seq.*, As grounds for removal, the District states as follows:

1.    On September 28, 2010, Plaintiff Clara Mae Bowers filed an action against the District in the Superior Court of the District of Columbia, Civil Division, Case No. 2010 CA 0007279. The District received service of process on November 15, 2010. Plaintiff asserts

several causes of action relating to her termination from her teaching position with District of Columbia Public Schools (DCPS), including violation of her civil rights under Title VII of the Civil Rights Act of 1964, the District of Columbia Human Rights Act, and a claim for breach of contract. *See* Complaint, generally.

2. Removal is proper because this Court has an independent basis for exercising jurisdiction over the instant case – federal question jurisdiction. Specifically, plaintiff alleges she was discriminated against because of her race or gender in violation of Title VII. *See* Complaint, ¶ 14.

3. Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties. *See* 28 U.S.C. § 1441(b). Plaintiff has presented a claim against the District for an alleged violation of the United States Code. Accordingly, removal based upon a cause of action founded in federal law is appropriate.

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received or sent by undersigned counsel in this matter are attached hereto as Exhibit A and incorporated by reference herein.

WHEREFORE, the District hereby removes this action to this Court from the Superior Court of the District of Columbia.

                                Respectfully submitted,

                                PETER J. NICKLES
                                Attorney General for the District of Columbia

                                GEORGE C. VALENTINE
                                Deputy Attorney General, Civil Litigation Division

                                WILLIAM B. JAFFE
                                Chief, General Litigation Section III

*[signature]*

_____
PATRICIA B. DONKOR*[1]  [74834, Virginia State Bar]
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor
Washington, D.C. 20001
(202) 727-9624 (phone)
(202) 741-0569 (fax)
Email:  patricia.donkor@dc.gov

Attorneys for the Defendant

_____
[1] Appearance entered under D.C. App. Rule 49(c)(4).