UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARA MAE BOWERS,          )<br>                            )<br>        Plaintiff,          )<br>                            )<br>    v.                      )<br>                            )<br>DISTRICT OF COLUMBIA,       )<br>                            )<br>        Defendant.          )<br>                            ) | Civil Action No.  10-2056 (ESH) |

ORDER

Defendant has filed a motion to dismiss the complaint for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  (Def.'s Mot. to Dismiss, January 11, 2011 [dkt. #5].)  Plaintiff is proceeding *pro se* in this case.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a pro se party of the consequences of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to defendant's motion to dismiss no later than **February 11, 2011**.  If plaintiff neither responds nor move for an extension of time by the due date, the Court may treat the motion as conceded and dismiss plaintiff's complaint.

                              /s/
                    ELLEN SEGAL HUVELLE
                    United States District Judge

DATE: January 12, 2011